UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SHERLYN BROWN,

                    Plaintiff,

v.                                                        Case No. 13-CV-00747

MILWAUKEE PUBLIC SCHOOLS,

                    Defendant.

---

## ORDER MODIFYING THE SCHEDULING ORDER

---

Based upon the stipulation of the parties, and the pleadings and papers on file herein,

IT IS HEREBY ORDERED that:

1. The deadline to complete discovery shall be October 17, 2014.

2. The deadline for filing all dispositive motions shall be December 1, 2014.

3. The deadline for responses to all dispositive motions shall be January 9, 2015.

4. The deadline for all replies on all dispositive motions shall be January 26, 2015.

5. The telephonic final pretrial conference is re-scheduled to April 20, 2015 at 2:00 p.m., the Court will initiate the call. The parties are to refer to the Court's February 6, 2014 scheduling order (ECF No. 14) for the filing of final pretrial reports.

6. The 3-day jury trial is re-set to May 4, 2015 at 9:00 a.m.

Dated this 17th day of September, 2014.

                                                   BY THE COURT:

                                                   _____
                                                 HON. RUDOLPH T. RANDA
                                                 U.S. District Judge
                                                 Eastern District of Wisconsin